**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA- WESTERN DIVISION**

| | |
|---|---|
| FLORENJANE TANGCO,<br><br>Plaintiff,<br><br>vs.<br><br>UNIVERSAL CITY STUDIOS LLC and DOES 1 to 40,<br><br>Defendants. | Case No: No. 2-24-cv-07644-AB (ASx)<br>[Assigned to Hon. André Birotte Jr.]<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION FOR STIPULATED PROTECTIVE ORDER TO LIMIT SCOPE OF DEPOSITION FOR JONJADEN TANGCO**<br><br>Complaint filed: May 8, 2024<br>Trial Date: November 3, 2025 |

1

**[PROPOSED] ORDER GRANTING JOINT MOTION FOR STIPULATED PROTECTIVE ORDER TO LIMIT SCOPE OF DEPOSITION FOR JONJADEN TANGCO**

**PROTECTIVE ORDER**

The Court, having found good cause, hereby grants the Joint Motion for Stipulated Protective Order to Limit the Scope of Deposition for Jonjaden Tangco in its entirety.  It is so ordered.

DATED: July 1, 2025

/ s / Sagar
HON. ALKA SAGAR
United States Magistrate Judge