JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLORENJANE TANGCO,<br><br>    Plaintiff,<br><br>    vs.<br><br>UNIVERSAL CITY STUDIOS LLC and DOES 1 to 40,<br><br>    Defendants. | Case No: 2:24-cv-07644-AB (ASx)<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE<br><br>Complaint Filed: May 8, 2024<br>Removed: September 6, 2024<br>Trial date: November 3, 2025 |

On November 13, 2025, Plaintiff Florenjane Tangco and Defendant Universal Studios LLC, by and through their respective counsel of record, filed the Stipulation of Dismissal with Prejudice (Doc # 133).

The Court, having considered the Stipulation and finding good cause, hereby GRANTS the Stipulation and ORDERS as follows:

1.    The above-captioned lawsuit entitled *Florenjane Tangco v. Universal City Studios LLC,* Case Number 2:24-cv-07644-AB (ASx), is hereby DISMISSED with prejudice.

2.    Each party is to bear their own fees and costs.

**IT IS SO ORDERED.**

Dated: November 14, 2025

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1